IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-30 |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): Possession of a Firearm by a Drug User |
| DREW ALAN BLAHNIK, | ) | |
| Defendant. | ) | Forfeiture |

The Grand Jury charges:

## Count 1

## Possession of a Firearm by a Drug User

On or about February 25, 2019, in the Northern District of Iowa, defendant DREW ALAN BLAHNIK, then being an unlawful user of controlled substances as defined in 21 U.S.C. § 802, namely cocaine and methamphetamine, did knowingly possess, in and affecting commerce, a firearm, namely a Glock Model 22, .40 caliber handgun, and ammunition, namely multiple rounds of .40 caliber ammunition.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant DREW ALAN BLAHNIK shall forfeit to the United States any firearm

1

and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/ Foreperson
_____  3/6/2019
Grand Jury Foreperson    Date

PETER E. DEEGAN, JR.
United States Attorney

By: _____
ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 3/6/2019
ROBERT L. PHELPS, CLERK